FILED
CLERK, U.S. DISTRICT COURT

OCT 1 6 2024

CENTRAL DISTRICT OF CALIFORNIA
BY ___ASH___ DEPUTY

1    United States District Court

2    Central District California

3

4    Kevin Richardson - USA          Case # 2:24CV9019-SUN-
           Petitioner                              (ADS)

5    v                               Judicial Notice

6    USA - U.S. Attorney             Motion Habeas Corpus
           Respondent

7

8    Administrative Respects, Petitioner Kevin Richardson, with all

9    due respect forwarding to the Court, SEEKS INDICTMENT and

10   information to ; Detainer / Illegal Confinement / Replevin

11   28 USC 1251 U.S. Supreme Court - Original Jurisdiction Failure

12   28 USC 2243 Issuance of Writ - Jurisdiction; Constitution Article VI

13   Public Entity Public Figure [1972 to date] Works - Worldwide Government /

14   Media Entertainment - Television Movies Stars Music Sports Magazines

15   Newspapers Internet / Education Beyond Scope (v Washington DC) /

16   Securities and Sureties (works and worth) are the Source and Resource

17   of the Structure and Infrastructure of Government Worldwide.

18   Highly Secured Banks and Government Repositories - (20) or

19   more Anatomical - Physiological Markers i... fingerprint, DNA, retina scan etc...

20   are required to be taken to access Assets and Business Documentation.

21   Highest Authorities issued Immunity - Never to be Detained, Arrested,

22   Charged, Tried, Convicted, Sentenced.   Host - Lead Anchor - Reporter

23   ABC - CBS - NBC - FOX - CNN - PBS National News / Morning Shows / Political and

24   Investigative / America's Funniest Videos / Saturday Night Live / Antiques Roadshow

25   Entertainment Tonight / E.S.P.N / ★ on Hollywood Walk of Fame. / C-Span

26   N.A.S.A. Channel + Astronaut Duty / Wall Street Presider... more

27   I Kevin Richardson under penalty of perjury, present known

28   information to be true and correct. 9-19-24 by Kin Richardson - Lawyer

1. UNITED STATES DISTRICT COURT
2. FIRST STREET US COURTHOUSE                          IMMEDIATE MINISTERIAL DUTY
3. 350 WEST 1ST STREET SUITE 4311
4. LOS ANGELES·California· 90012-4565
5.    ADMINISTRATIVE RESPECTS - FURTHER INFORMATION
6.   HOST   LEAD ANCHOR REPORTER
7. ABC WORLD NEWS GOOD MORNING AMERICA WASHINGTON 20/20
8. AMERICAS FUNNIEST VIDEOS   LATE NIGHT
9. CBS EVENING NEWS CBS MORNING FACE THE NATION 60 MINUTES
10. SUNDAY MORNING   LATE NIGHT
11. NBC NIGHTLY NEWS THE TODAY SHOW MEET THE PRESS DATELINE
12. SATURDAY NIGHT LIVE   LATE NIGHT
13. FOX NEWS - MORNING LATE NIGHT
14. PBS NEWS WALL STREET WEEK ANTIQUES ROADSHOW
15. THIS OLD HOUSE MOTORWORK SESAME STREET ELECTRIL COMPANY
16. ZOOM ROADING RAINBOW TELETUBBIES
17. C.N.N. - C-SPAN - N.A.S.C.A. (PLUS ASTRONAUT DUTY)
18. ENTERTAINMENT TONIGHT   ACCESS HOLLYWOOD EXTRA
19. ☆ ON Hollywood WALK OF FAME   E - ENTERTAINMENT
20. COMEDY CENTRAL E.S.P.N. NICKELODEAN MTV VH-1
21. HARD COPY , INSIDE EDITION, A CURRENT AFFAIR, American JOURNAL
22. COMMERCIALS, SOAP OPERAS, TALK SHOWS, GAME SHOWS
23. PLUS LOCAL KABC KCBS KNBC   VOLUMES OF INFORMATION AVAILABLE
24. SURPLUSAGE-AND NO DEVELOPMENT - JURISDICTION ARTICLE VI
25. INDEMNITY AND LIABILITY,      OR PROVIDENDO U.S. SUPREME COURT
26. AND RESPONSIBILITY - LATE   RESPECT HEALTH
27.    KEVIN RICHARDSON   HONORARY LIFETIME MAYOR LOS ANGELES
28. P.O. BOX 650 #47384   INDIAN SPRINGS·NEVADA·89070

United States District Court

Central District California

Kevin Richardson  USA

v.

States California/Nevada USA

Date _____

Judicial Notice

Motion  Habeas Corpus

Administrative Respect's - Application/Complaint as Basis for
Writ of Habeas Corpus - by application alone - as Law entitles.
Peremptory Rule and Process (#1 issue Worldwide Daily Manifest)
Previously submitted and returned -- Inadvertance
Caveat -  Rule 201 Judicial Notice
Severe Penal Action in the Demonstration of Penal Laws.
See attached information, and due to surplusage,
Refer to information, and Ordinance on File.
I Kevin Richardson / Petitioner / under penalty of perjury,
submit known information known to be true and correct.
Dated 10-7-24 by Ki Richardson attorney

**28 USC 2243: Issuance of writ; return; hearing; decision**
Text contains those laws in effect on January 4, 1995

**From Title 28-JUDICIARY AND JUDICIAL PROCEDURE**
    PART VI-PARTICULAR PROCEEDINGS
    CHAPTER 153-HABEAS CORPUS
**Jump To:**
    **Source Credit**

## §2243. Issuance of writ; return; hearing; decision

A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto.

The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed.

The person to whom the writ or order is directed shall make a return certifying the true cause of the detention.

When the writ or order is returned a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed.

Unless the application for the writ and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained.

The applicant or the person detained may, under oath, deny any of the facts set forth in the return or allege any other material facts.

The return and all suggestions made against it may be amended, by leave of court, before or after being filed.

The court shall summarily hear and determine the facts, and dispose of the matter as law and justice require.

(June 25, 1948, ch. 646, 62 Stat. 965 .)

### HISTORICAL AND REVISION NOTES

Based on title 28, U.S.C., 1940 ed., §§455, 456, 457, 458, 459, 460, and 461 (R.S. §§755–761). Section consolidates sections 455–461 of title 28, U.S.C., 1940 ed.

The requirement for return within 3 days "unless for good cause additional time, not exceeding 20 days is allowed" in the second paragraph, was substituted for the provision of such section 455 which allowed 3 days for return if within 20 miles, 10 days if more than 20 but not more than 100 miles, and 20 days if more than 100 miles distant.

Words "unless for good cause additional time is allowed" in the fourth paragraph, were substituted for words "unless the party petitioning requests a longer time" in section 459 of title 28, U.S.C., 1940 ed.

The fifth paragraph providing for production of the body of the detained person at the hearing is in conformity with *Walker v. Johnston*, 1941, 61 S.Ct. 574, 312 U.S. 275, 85 L.Ed. 830.

Changes were made in phraseology.



Kevin Richardson
P.O. Box 650 #413R4
% Daniel Beard H.D.S.P.
Indian Springs Nevada 89070

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 16 2024
CENTRAL DISTRICT OF CALIFORNIA

United States District Court
Central District California
First Street U.S. Courthouse  350 West 1st Street  Suite 4311
Los Angeles California 90012-4565

LAS VEGAS NV 890
9 OCT 2024  PM 4  L

As in past e
USPS is re___
If you choose to ___ote by mail
please mail earl_ ____t.com
FOREVER USA